**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
In re                                     :

                                          :         **Chapter 7**

                                          :

**Tony Ronell Cooper, Jr.,**           :         **Case No. 24-35189 (CGM)**

                                          :

             **Debtor.**             :

                                          :
-----------------------------------------------------------------x

### ORDER DENYING MOTION TO REOPEN

On February 27, 2024, Debtor, *pro se*, filed a voluntary Chapter 7 Petition. Vol. Pet., ECF No. 1. On February 27, 2024, the Court entered a Notice of Hearing on Dismissal (the "Notice"), notifying Debtor that their case is subject to automatic dismissal for failure to file all of the required documents pursuant to 11 U.S.C. § 521(i), including Chapter 7 Statement of Current Monthly Income Form 122A−1; Schedule A/B; Schedule C; Schedule D; Schedule E/F; Schedule G; Schedule H ; Schedule I; Schedule J; Summary of Assets and Liabilities; Statement of Financial Affairs; Statement of Intention; and Declaration of Schedules. The Notice provided a hearing date of April 16, 2024 to consider the dismissal. On March 12, 2024, Debtor filed Schedules A/B, Schedules E/F, and a Statement of Financial Affairs. ECF No. 12. On April 16, 2024, the Court held a hearing on the Notice and dismissed the bankruptcy case for failure to file all of the required documents pursuant to 11 U.S.C. § 521(i). On April 18, 2024, the case was discharged, and on April 19, 2024, the case was closed.

On April 22, 2024, Debtor filed a Motion to Reopen Chapter 7 Case, where Debtor requested to reopen the case to file and amend the proper documents. ECF No. 19. On May 14, 2024, the Court held a hearing on the Motion to Reopen.

**WHEREAS**, pursuant to § 521(i)(1) of the Bankruptcy Code, "if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition." 11 U.S.C. § 521(i)(1). Debtor did not file all of the required documents under § 521(i) within the statutory timeframe, and this Court has no authority reopen the case to permit Debtor to file the required documents.

      **BASED ON THE FOREGOING, IT IS NOW HEREBY**

      **ORDERED,** that the Motion is **DENIED**.

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**U.S. Bankruptcy Judge**

**Dated: May 16, 2024**
**Poughkeepsie, New York**



2